**MCGUIREWOODS LLP**
ALICIA A. BAIARDO SBN #254228
abaiardo@mcguirewoods.com
ALEXANDRA S. FARLEY SBN #339924
afarley@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
BRIAN E. PUMPHREY
(*pro hac vice forthcoming*)
bpumphrey@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1000
Fax: 804.775.1061

**MCGUIREWOODS LLP**
MELISSA O. MARTINEZ
(*pro hac vice forthcoming*)
mmartinez@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: 410.659.4400
Fax: 410.659.4599

**MCGUIREWOODS LLP**
MOLLY M. WHITE SBN #171448
mwhite@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RUTZ, individually and as representative of the classes,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELON f/k/a THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D,<br><br>Defendants. | Case No. 3:25-cv-02671-BAS-DDL<br><br>Chief District Judge: The Hon. Cynthia Bashant<br>Magistrate Judge: Hon. David D. Leshner<br><br>**NOTICE OF APPEARANCE OF MOLLY M. WHITE** |

**TO THE CLERK AND TO ALL PARTIES TO THIS ACTION:**

**PLEASE TAKE NOTICE THAT** Molly M. White of McGuireWoods LLP hereby enters her appearance as an additional attorney of record for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D ("Defendant") in the above-referenced action. Accordingly, Defendant requests that all future notices, pleadings, applications, motions, communications, correspondences, and documents in this action, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail, also be sent to the undersigned attorney at the following address:

MCGUIREWOODS LLP
MOLLY M. WHITE SBN #171448
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
Email: mwhite@mcguirewoods.com

DATED: December 9, 2025           MCGUIREWOODS LLP

                                  By: */s/ Molly M. White*
                                         Molly M. White

*Attorneys for Defendants NewRez LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, a copy of the foregoing **NOTICE OF APPEARANCE OF MOLLY M. WHITE** was filed electronically with the Clerk of the Court for the Southern District of California by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                                    */s/ Molly M. White*
                                                    Molly M. White