**MCGUIREWOODS LLP**
ALICIA A. BAIARDO SBN #254228
abaiardo@mcguirewoods.com
ALEXANDRA S. FARLEY SBN #339924
afarley@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
BRIAN E. PUMPHREY
(*pro hac vice forthcoming*)
bpumphrey@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1000
Fax: 804.775.1061

**MCGUIREWOODS LLP**
MELISSA O. MARTINEZ
(*pro hac vice forthcoming*)
mmartinez@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: 410.659.4400
Fax: 410.659.4599

**MCGUIREWOODS LLP**
MOLLY M. WHITE SBN #171448
mwhite@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RUTZ, individually and as representative of the classes,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D,<br><br>Defendants. | Case No. 3:25-cv-02671-BAS-DDL<br><br>Chief District Judge: The Hon. Cynthia Bashant<br>Magistrate Judge: Hon. David D. Leshner<br><br>**STIPULATED JOINT MOTION TO SET BRIEFING SCHEDULE**<br><br>[*Concurrently filed with Order*] |

Pursuant to L.R. 7.2 and L.R. 12.1, Kevin Rutz, individually and as representative of the classes ("Plaintiff") and Defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D (together, "Defendants"), (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this stipulated joint motion to set the briefing schedule in light of the following facts:

### RECITALS

WHEREAS, on October 8, 2025, Plaintiff filed a Class Action Complaint against Defendants ("Complaint") asserting 5 claims against Defendants for: (1) violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e, (2) violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.17, (3) violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq*., (4) Breach of Contract, and (5) Declaratory Judgment, 28 U.S.C. § 2201 (Dkt. 1), and an individual claim against Shellpoint for (6) violation of Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605(e)(2) and 12 C.F.R. § 1024.36(d);

WHEREAS, on October 10, 2025, Defendants executed a Waiver of the Service of Summons (Dkt. 3);

WHEREAS; Defendants' deadline to respond to the Complaint is December 9, 2025;

WHEREAS; the Parties have conferred and jointly agreed to a briefing schedule related to Defendants' motion to dismiss;

WHEREAS; the Parties agree to the briefing schedule set forth below:

| Case Event | Proposed Deadlines |
|---|---|
| Defendants' Motion to Dismiss | December 9, 2025 |
| Plaintiff's Opposition to Motion to Dismiss or Amend the Complaint pursuant to Rule 15(a)(1) | January 13, 2026 |
| Defendants' Reply to Motion to | February 3, 2026 |

| Case Event | Proposed Deadlines |
|---|---|
| Dismiss | |

WHEREAS; Plaintiff may choose to file an Amended Complaint in light of Defendants' Motion to Dismiss;

WHEREAS; based on the Court's Civil Standing Order Rule 3(a) noting that "the moving party must file all moving papers within three court days of obtaining the hearing date from chambers," counsel for Plaintiff and Defendants jointly called the Court's chambers, and were advised that February 6, 2026 was an available hearing date and to proceed with filing the Parties' joint motion;

WHEREAS; the Parties respectfully submit and jointly represent to the Court that this proposed briefing schedule is not the result of dilatory tactics, lack of due diligence by the Parties, being presented to cause unnecessary delay, or for any other improper purpose;

## **STIPULATION**

THEREFORE, and subject to the Court's approval, the Parties agree through their respective attorneys to the following:

1.     The Parties propose the following briefing schedule:

| Case Event | Proposed Deadlines |
|---|---|
| Defendants' Motion to Dismiss | December 9, 2025 |
| Plaintiff's Opposition to Motion to Dismiss or Amend the Complaint pursuant to Rule 15(a)(1) | January 13, 2026 |
| Defendants' Reply to Motion to Dismiss | February 3, 2026 |

2.     All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1  **IT IS SO STIPULATED.**

2  DATED: December 10, 2025          **MCGUIREWOODS LLP**

3                                       By: /s/ *Alicia A. Baiardo*
                                         _____
4                                        Alicia A. Baiardo
                                         Molly M. White
5                                        Brian E. Pumphrey (*PHV forthcoming*)
                                         Melissa O. Martinez (*PHV forthcoming*)
6
                                         *Attorneys for Defendants NewRez LLC*
7                                        *d/b/a Shellpoint Mortgage Servicing and*
                                         *The Bank of New York Mellon f/k/a The*
8                                        *Bank of New York as Indenture Trustee*
                                         *for CWHEQ Revolving Home Equity*
9                                        *Loan Trust, Series 2007-D*
10

11                                    **GUPTA WESSLER LLP**

12                                       By: /s/ *Varshini Parthasarathy*
                                         _____
13                                       Varshini Parthasarathy (#350769)
                                         505 Montgomery Street, Suite 625
14                                       San Francisco, CA 94111
                                         Telephone: (415) 573-0336
15                                       varshini@guptawessler.com

16
                                         Matthew H.W. Wessler*
17                                       2001 K Street, NW
                                         Washington, DC 20006
18                                       Telephone: (202) 888-1741
                                         matt@guptawessler.com
19

20

21                                    **KELLY GUZZO PLC**

22                                       By: /s/ *Kristi C. Kelly*
                                         _____
23                                       Kristi C. Kelly*(*PHV forthcoming*)
                                         Casey S. Nash*(*PHV forthcoming*)
24                                       3925 Chain Bridge Road, Suite 202
                                         Fairfax, VA 22030
25                                       Telephone: (703) 424-7570
                                         kkelly@kellyguzzo.com
26                                       casey@kellyguzzo.com

27
                                         *Attorneys for Plaintiff Kevin Rutz*
28

1

## **<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on Wednesday, December 10, 2025, I electronically filed

3  the foregoing document entitled **STIPULATED JOINT MOTION TO SET**

4  **BRIEFING SCHEDULE** with the Clerk of the Court for the United States District

5  Court, Southern District of California using the CM/ECF system and served a copy

6  of same upon all counsel of record via the Court's electronic filing system.

7

8  Dated: December 10, 2025       By: */s/ Alicia A. Baiardo*

9                                    Alicia A. Baiardo

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28