**MCGUIREWOODS LLP**
ALICIA A. BAIARDO SBN #254228
abaiardo@mcguirewoods.com
ALEXANDRA S. FARLEY SBN #339924
afarley@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
BRIAN E. PUMPHREY
(*pro hac vice forthcoming*)
bpumphrey@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1000
Fax: 804.775.1061

**MCGUIREWOODS LLP**
MELISSA O. MARTINEZ
(*pro hac vice forthcoming*)
mmartinez@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: 410.659.4400
Fax: 410.659.4599

**MCGUIREWOODS LLP**
MOLLY M. WHITE SBN #171448
mwhite@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RUTZ, individually and as representative of the classes,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELON f/k/a THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D,<br><br>Defendants. | Case No. 3:25-cv-02671-BAS-DDL<br><br>Chief District Judge: The Hon. Cynthia Bashant<br>Magistrate Judge: Hon. David D. Leshner<br><br>**STIPULATED JOINT MOTION TO SET BRIEFING SCHEDULE**<br><br>[*Concurrently filed with Order*] |

Pursuant to L.R. 7.2 and L.R. 12.1, Kevin Rutz, individually and as representative of the classes ("Plaintiff") and Defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D (together, "Defendants"), (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this stipulated joint motion to set the briefing schedule in light of the following facts:

## RECITALS

WHEREAS, on January 13, 2026, Plaintiff filed an Amended Class Action Complaint against Defendants ("FAC") asserting 6 claims against Defendants for: (1) violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(10), (2) violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(2)(A), (3) violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.17, (4) violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, (5) Declaratory Judgment, 28 U.S.C. § 2201 (individually against BONYM only), and (6) violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605(e)(2) and 12 C.F.R. § 1024.36(d) (individually against Shellpoint) (Dkt. 13);

WHEREAS; Defendants' deadline to respond to the FAC is 14 days later, or January 27, 2026;

WHEREAS; Defendants seek additional time to further evaluate the FAC and consider a motion to dismiss;

WHEREAS; the Parties have conferred and jointly agreed to a briefing schedule related to Defendants' motion to dismiss;

WHEREAS; the Parties agree to the briefing schedule set forth below:

| Case Event | Proposed Deadlines |
|---|---|
| Defendants' Deadline to Respond to FAC | February 17, 2026 |

| Case Event | Proposed Deadlines |
|---|---|
| Plaintiff's Deadline to File Opposition to Defendants' Responsive Pleading | March 24, 2026 |
| Defendants' Deadline to File Reply in Support of Responsive Pleading | April 17, 2026 |
| Hearing | TBD |

WHEREAS; based on the Court's Civil Standing Order Rule 3(a) noting that "the moving party must file all moving papers within three court days of obtaining the hearing date from chambers," counsel for Plaintiff and Defendants agree to jointly called the Court's chambers within three days of the February 17, 2026 filing deadline and seek an available hearing date;

WHEREAS; the Parties respectfully submit and jointly represent to the Court that this proposed briefing schedule is not the result of dilatory tactics, lack of due diligence by the Parties, being presented to cause unnecessary delay, or for any other improper purpose;

## **STIPULATION**

THEREFORE, and subject to the Court's approval, the Parties agree through their respective attorneys to the following:

1. The Parties propose the following briefing schedule:

| Case Event | Proposed Deadlines |
|---|---|
| Defendants' Deadline to Respond to FAC | February 17, 2026 |
| Plaintiff's Deadline to File Opposition to Defendants' Responsive Pleading | March 24, 2026 |
| Defendants' Deadline to File Reply in Support of Responsive Pleading | April 17, 2026 |

2. All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: January 21, 2026

**MCGUIREWOODS LLP**

By: /s/ *Alicia A. Baiardo*
Alicia A. Baiardo (#254228)
Molly M. White (#171448)
Brian E. Pumphrey (*PHV forthcoming*)
Melissa O. Martinez (*PHV forthcoming*)

*Attorneys for Defendants NewRez LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

**GUPTA WESSLER LLP**

By: */s/ Varshini Parthasarathy*
Varshini Parthasarathy (#350769)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 573-0336
varshini@guptawessler.com

Matthew H.W. Wessler*
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 888-1741
matt@guptawessler.com

**KELLY GUZZO PLC**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly*(*PHV forthcoming*)
Casey S. Nash*(*PHV forthcoming*)
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
kkelly@kellyguzzo.com
casey@kellyguzzo.com

*Attorneys for Plaintiff Kevin Rutz*

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 21, 2026, I electronically filed the foregoing document entitled **STIPULATED JOINT MOTION TO SET BRIEFING SCHEDULE** with the Clerk of the Court for the United States District Court, Southern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: January 21, 2026                    By: */s/ Alicia A. Baiardo*
                                               Alicia A. Baiardo