# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KEVIN RUTZ, | Case No. 25-cv-02671-BAS-DDL |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE** |
| NEWREZ, LLC and THE BANK OF NEW YORK MELON, | |
| Defendants. | **(ECF No. 14)** |

Before the Court is a motion to set the briefing schedule for Plaintiff Kevin Rutz ("Plaintiff")'s amended complaint (ECF No. 13) filed jointly by Plaintiff and Defendants Newrez, LLC and The Bank of New York Melon ("Defendants"). (ECF No. 14.) Parties conferred and jointly agreed to the below schedule (*id.*):

| Case Event | Deadlines |
|---|---|
| Defendants' Deadline to Respond to FAC | February 17, 2026 |
| Plaintiffs' Deadline to File Opposition to Defendants' Responsive Pleading | March 24, 2026 |
| Defendants' Deadline to File Reply in Support of Responsive Pleading | April 17, 2026 |

- 1 -

Accordingly, the Court finds that parties have demonstrated good cause to grant the requested extension of time. The joint motion (ECF No. 14) is therefore **GRANTED**. The Court adopts the deadlines set forth in the above table.

**IT IS SO ORDERED.**

**DATED: January 22, 2025**

Hon. Cynthia Bashant, Chief Judge
United States District Court