**MCGUIREWOODS LLP**
ALICIA A. BAIARDO SBN #254228
abaiardo@mcguirewoods.com
ALEXANDRA S. FARLEY SBN #339924
afarley@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
MELISSA O. MARTINEZ
(*pro hac vice forthcoming*)
mmartinez@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: 410.659.4400
Facsimile: 410.659.4599

**MCGUIREWOODS LLP**
BRIAN E. PUMPHREY
(*pro hac vice forthcoming*)
bpumphrey@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1000
Facsimile: 804.775.1061

**MCGUIREWOODS LLP**
MOLLY M. WHITE SBN #171448
mwhite@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RUTZ, individually and as representative of the classes,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELON f/k/a THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D,<br><br>Defendants. | Case No. 3:25-cv-02671-BAS-DDL<br><br>Chief District Judge: The Hon. Cynthia Bashant<br>Magistrate Judge: Hon. David D. Leshner<br><br>**DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; and [Proposed] Order]*<br><br>Date: March 27, 2026<br>Place: Courtroom 12B – 12th Floor<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

# DECLARATION OF ALICIA A. BAIARDO

I, Alicia A. Baiardo, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with McGuireWoods LLP, counsel for Defendants NewRez LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D ("Defendants") in the above captioned case. The following information is true and to the best of my personal knowledge, except as otherwise noted. If called as a witness, I could and would testify competently and truthfully to the same. I am over 18 years of age.

2. I make this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint.

3. In paragraphs 10-11, 14, and 59-62 of Plaintiff's First Amended Complaint, he references a purported Qualified Written Request ("QWR") sent to Defendants.

4. Attached as **Exhibit A** is a true and correct copy of Plaintiff's QWR dated May 22, 2023 that is incorporated by reference in the Complaint. Specifically, paragraph 59 references a QWR sent in May 2023 and Plaintiff's file does not reflect any other QWRs sent by Plaintiff in May 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February 2026 in San Francisco, California.

By: */s/ Alicia A. Baiardo*
Alicia A. Baiardo

1
DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
Case No. 3:25-cv-02671-BAS-DDL

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, a copy of the foregoing **DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** was filed electronically with the Clerk of the Court for the Southern District of California by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alicia A. Baiardo*
*Alicia A. Baiardo*

# EXHIBIT A

Subject: SLS Account No.: ▮▮▮▮▮8199_Request for Trustee Sale Postponement
From: lalita@equitylegalllp.com
Date Received: 5/22/2023 3:23:23 PM
Body:
SLS Account No.?: ▮▮▮▮▮8199 Subject Property: 1132 S. Cleveland Street, Oceanside, CA 92054 To Whom it May Concern, Please see the attached in connection with the above property. Should you have any questions, please do not hesitate to contact
ZjQcmQRYFpfptBannerStart
This Message Is From an External Sender
Be cautious with links and attachments – report suspicious emails.

ZjQcmQRYFpfptBannerEnd
SLS Account No.: ▮▮▮▮▮8199
Subject Property: 1132 S. Cleveland Street, Oceanside, CA 92054

To Whom it May Concern,

Please see the attached in connection with the above property. Should you have any questions, please do not hesitate to contact us.

Thank you,
[photo-logo]<https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/p__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXD-u7ioIA$>
Lalita Boonin
Associate Attorney
Equity Legal LLP

? Phone: 619-353-8683
? Fax: 619-241-4411
? Email: lalita@equitylegalllp.com<mailto:lalita@equitylegalllp.com>
? Address: 600 W Broadway Suite 700
? Website: www.equitylegalllp.com<https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/w__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXACSzOjew$>

[facebook]<https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/facebook__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXBm5M0VbA$>   [twitter] <https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/twitter__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXDW7L_p7Q$>    [linkedin] <https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/linkedin__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXA-W622zQ$>    [instagram] <https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/instagram__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXA7xML1Og$>


[banner]<https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/b__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXAVXAiuOQ$>

[undefined]Book Your Free 15-Minute Consultation Today Equity Legal LLP<https://urldefense.com/v3/__https://img.newoldstamp.com/r/459816/3__;!!PUVePWy_yMB-Yi4!GUSHyPT9d3efbCoJhqUv5WIYEnewSN-_TawXngDx8iKZjEBUFuh4_5hF3upvQFsKpiKhO-6hfXCARij0RA$>

CONFIDENTIAL: The information contained in this communication, including its attachments may contain confidential information and is intended only for the individual (s) or entity (ies) to whom it is addressed . The information contained in this communication may also be protected by legal privilege, federal law or other applicable law. If you are not the intended recipient of this communication , you are hereby notified that any distribution, dissemination or duplication of this communication is strictly prohibited. If you have received this communication in error please immediately delete and destroy all copies of this message and please immediately notify the sender of the error by separate communication . Thank you.



<u>***VIA ELECTRONIC MAIL***</u>

May 22, 2023

Specialized Loan Servicing, LLC
P.O. Box 630147
Littleton, CO 80163
recoverydocs@sls.net

      **Re:**                        **Request to Postpone Trustee Sale Date**
      **Borrower:**            **Kevin Rutz**
      **Property Address:**    **1132 S. Cleveland Street, Oceanside, CA 92054**
      **SLS Account No.**       **████8199**

To Whom It May Concern:

As you may know, this office is legal counsel for Kevin Rutz ("Clients"). On April 19, 2023 a Notice of Trustee Sale Under Deed of Trust (NOS) was recorded with a sale date of May 31, 2023, however, no notice was given to our clients. Unfortunately, our clients only found out about the NOS through our office when they retained our office to assist in resolving the debt. Under Cal. Civ. Code § 2924b, § 2924f, a Notice of the Sale must be posted on the property at least 20 days before the date of sale. Our client did not receive such notice. Additionally, not only did our clients not receive any notice, the recorded NOS also incorrectly lists our client's last name as "RUIZ". With the lack of notice and incorrect names being listed, we believe SLS has violated our client's rights under California's Civil Code.

That said, our clients would like to resolve this debt. We request that SLS postpone the May 31 sale date to August 21, 2023, or 30 days after the response deadline of our Qualified Written Request (QWR) to allow us to validate the debt and work towards a resolution outside of the foreclosure proceedings. Please be advised that we have sent the Qualified Written Request to SLS and await a response once SLS receives the QWR.

As time is of the essence, we greatly appreciate your prompt attention to this matter We look forward to hearing from you in response to this letter by May 24, 2023. Should you have any questions, please do not hesitate to contact our office.  Should we not receive a response or should you not be willing to grant this request for a postponement of the trustee's sale, then we will be forced to exhaust all efforts and pursue remedies to stop said sale which will be costly for both parties and we believe that can be avoided should be offered this brief postponement to allow for this process and an attempt at loss mitigation resolution to be entertained prior to taking such action.



                      Very truly yours,
                      **EQUITY LEGAL, LLP**

                      *[signature]*

                      Sasan Mirkarimi, Esq.

600 W. Broadway, Suite 700 │ San Diego, CA 92101 │ phone: 619.663.4533 │ fax: 619.241.4411 │ info@equitylegalllp.com



# AUTHORIZATION/PROOF OF REPRESENTATION

**NAME OF CLIENTS:** Kevin Rutz

**RE: SPECIALIZED LOAN SERVICES, LLC FILE NUMBER: 1007368199**

    I, Kevin Rutz, have retained as my counsel and as such hereby authorize EQUITY LEGAL LLP, and its principal attorney, Sasan Mirkarimi, as well as its agents and employees, to directly communicate with SPECIALIZED LOAN SERVICES, LLC, on my behalf, with respect to any and all information which may in any way relate to the matter involving the undersigned, and authorize you to release any information regarding the above-referenced loan/account.

This form may be duplicated in blank and/or sent via facsimile transmission. This authorization is a continuing authorization for said party to receive information about my loan or account, including duplicate copies of any notices sent to me, in regards to the property locate at 1132 S. Cleveland Street, Oceanside, CA 92054

DATE: 05 / 22 / 2023

SIGNATURE: *Kevin J Rutz*

               Kevin Rutz

**Dropbox Sign**                                                                                          Audit trail

| | |
|---|---|
| Title | 3rd Party Authorization SLS_Rutz.pdf |
| File name | 3rd%20Party%20Aut...on%20SLS_Rutz.pdf |
| Document ID | 2fe67e1425e2f8e617183bd943b8bd58c474c2b9 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**05 / 22 / 2023**  
16:21:08 UTC  
Sent for signature to Kevin Rutz (kevinjrutz@gmail.com) from lalita@equitylegallp.com  
IP: 172.91.202.153

**VIEWED**  
**05 / 22 / 2023**  
16:24:25 UTC  
Viewed by Kevin Rutz (kevinjrutz@gmail.com)  
IP: 70.181.234.4

**SIGNED**  
**05 / 22 / 2023**  
16:25:40 UTC  
Signed by Kevin Rutz (kevinjrutz@gmail.com)  
IP: 70.181.234.4

**COMPLETED**  
**05 / 22 / 2023**  
16:25:40 UTC  
The document has been completed.



<u>***VIA ELECTRONIC MAIL ONLY***</u>

May 22, 2023

Specialized Loan Servicing LLC
PO Box 636005
Littleton, CO 80163
recoverydocs@sls.net
crdocs@sls.net

| | |
|---|---|
| **SLS File No.:** | 1007368199 |
| **Our Clients:** | Kevin Rutz |
| **Property Address:** | 1132 S. Cleveland Street, Oceanside, CA 92054 |

To Whom it may concern:

    Please be advised that this office has been retained to represent Kevin Rutz in the matter noted above.

    Please forward this letter of representation to the appropriate personnel if you are not authorized to reply.

    Should you have any questions, please do not hesitate to reach out to our office.

Sincerely,

Sasan Mirkarimi, Esq.

600 W. Broadway, Suite 700 | San Diego, CA 92101 | phone: 619.663.4533 | fax: 619.241.4411 | info@equitylegalllp.com