**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RUTZ,<br><br>                          Plaintiff,<br><br>     v.<br><br>NEWREZ, LLC and THE BANK OF NEW YORK MELON,<br><br>                          Defendants. | Case No. 25-cv-02671-BAS-DDL<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE**<br><br>**(ECF No. 20)** |

Before the Court is a motion to set the briefing schedule for Plaintiff Kevin Rutz ("Plaintiff") filed jointly by Plaintiff and Defendants Newrez, LLC and The Bank of New York Melon ("Defendants").  (ECF No. 20.)  Parties conferred and jointly agreed to the below schedule[1] (*id.*):

| Case Event | Deadlines |
|---|---|
| Plaintiffs' Opposition to Motion to Dismiss Defendants' Amended Complaint | May 13, 2026 |

---

[1] Per Chief Judge Bashant's Standing Order §§ 4.B and 4.C, Parties' selected hearing date is primarily for purposes of setting the briefing schedule and the Court will not hear oral argument unless: (1) it determines it is necessary, or (2) if a party requests oral argument on the basis that a junior attorney with less than five years of practice will handle the argument.

- 1 -

25cv2671

| Defendants' Reply to Motion to Dismiss Amended Complaint | June 8, 2026 |
| --- | --- |

Accordingly, the Court finds that parties have demonstrated good cause to grant the requested extension of time.  The joint motion (ECF No. 20) is therefore **GRANTED**.  The Court adopts the deadlines set forth in the above table.

**IT IS SO ORDERED.**

**DATED: April 14, 2026**

_Cynthia Bashant_
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv2671