# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

KEVIN RUTZ,

Plaintiff,

v.

NEWREZ, LLC and THE BANK OF NEW YORK MELON,

Defendants.

Case No. 25-cv-02671-BAS-DDL

**ORDER STAYING BRIEFING FOR MOTION TO DISMISS**

**(ECF No. 16)**

Parties requested for the Court to stay briefing on Defendants Newrez, LLC and the Bank of New York Melon's motion to dismiss (ECF No. 16) pending settlement. (ECF No. 24.) Parties intend to notify the Court of dismissal within thirty (30) days of filing their notice of settlement. (*Id*.) The Court hereby **STAYS** briefing on Defendants' motion to dismiss until **July 10, 2026**.

**IT IS SO ORDERED.**

**DATED: June 18, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

25cv2671