Varshini Parthasarathy
(State Bar No. 350769)
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
*varshini@guptawessler.com*
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RUTZ, individually and as representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELON f/k/a THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D,<br><br>Defendants. | Case No. 3:25-cv-02671-BAS-DDL<br><br>Chief District Judge: The Hon. Cynthia Bashant<br>Magistrate Judge: Hon. David D. Leshner<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by counsel and with the signature of counsel for Defendants, stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs. The Parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

Dated: July 7, 2026

**GUPTA WESSLER, LLP**

*/s/ Varshini Parthasarathy*

Varshini Parthasarathy
(State Bar No. 350769)
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
*varshini@guptawessler.com*

*Counsel for Plaintiff*

**MCGUIREWOODS LLP**

*/s/  Alicia A. Baiardo*

Alicia A. Baiardo SBN #254228
Email: abaiardo@mcguirewoods.com
Alexandra S. Farley SBN #339924
Email: afarley@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Melissa O. Martinez
Email: mmartinez@mcguirewoods.com
500 East Pratt Street, Suite 1000

1
STIPULATION OF DISMISSAL WITH PREJUDICE

Baltimore, MD 21202-3169
Telephone: 410.659.4400
Fax: 410.659.4599

Brian E. Pumphrey
Email: bpumphrey@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1000
Fax: 804.775.1061

Molly M. White SBN #171448
Email: mwhite@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Counsel for NewRez, LLC d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-D*

STIPULATION OF DISMISSAL WITH PREJUDICE