**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RUTZ,<br><br>                         Plaintiff,<br><br>    v.<br><br>NEWREZ, LLC and THE BANK OF NEW YORK MELON,<br><br>                         Defendants. | Case No. 25-cv-02671-BAS-DDL<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO DISMISS (ECF No. 27);**<br><br>**(2) VACATING AS MOOT DEFENDANT'S MOTION TO DISMISS (ECF No. 16)** |

Before the Court is Parties' Joint Motion to Dismiss (ECF No. 27) and Defendants Newrez, LLC and The Bank of New York Melon's Motion to Dismiss (ECF No. 16).

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

25cv2671

litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.

Here, Parties jointly move to dismiss the present action under Rule 41(a)(1)(A)(ii). (ECF No. 27.)  Having considered the parties' submission, the Court **GRANTS** the joint motion.  (*Id*.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action. Accordingly, the Court also **VACATES AS MOOT** Defendants' Motion to Dismiss. (ECF No. 16.)  Each party shall bear its own costs and attorney's fees.  The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: July 8, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 2 -

25cv2671